United States District Court
Northern District of California

1
2
3   UNITED STATES DISTRICT COURT
4   NORTHERN DISTRICT OF CALIFORNIA
5

ELIGIO RUIZ ORTIZ,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

Case No. 16-cv-03821-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 2

Plaintiff Eligio Ortiz failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. His IFP application (Dkt. No. 2) lacks several pages of the form, is unsigned, and does not include a Certificate of Funds nor a prison trust account statement. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Ortiz may move to reopen the action. Any such motion **must** contain a complete IFP application, **or** full payment for the $400.00 filing fee.

Ortiz's IFP application (Dkt. No. 2) is DENIED as insufficient.

The Clerk shall terminate Dkt. No. 2, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 16, 2016



WILLIAM H. ORRICK
United States District Judge